FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 19  AM 11: 29

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

JOHNNIE ODUM,                      )
                                   )
    Plaintiff,                     )
                                   )
v.                                 )       Case No. CV406-261
                                   )
BRYAN COUNTY, BRYAN COUNTY         )
SHERIFF'S DEPT., BRYAN COUNTY      )
JAIL, and BRYAN COUNTY PUBLIC      )
DEFENDER'S OFFICE,                 )
                                   )
    Defendants.                    )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which ~~no~~ objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this _19_ day of _Dec_, 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA